IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENETTA SMITH, RANDON SMITH, her husband, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 00-1972 ) |
| BURROWS CORPORATION, | ) ) |
| Defendant. | ) |

## **ORDER**

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant, The Burrows Company, and against plaintiffs, Lenetta Smith and Randon Smith.
_____.

By the court,

/s/ Joy Flowers Conti
Joy Flowers Conti
U.S. District Judge

Dated: August 31, 2005

cc:     counsel of record